PAUL M. WARNER, United States Attorney (#3389)
ROBERT C. LUNNEN, Assistant United States Attorney (#4620)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111-1506
Telephone: (801) 524-5682
Facsimile: (801) 524-6926

FILED
U.S. DISTRICT COURT

2006 JAN 25 P 12: 51

DISTRICT OF UTAH

BY: _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL MCPHERSON<br><br>Defendant. | INDICTMENT<br><br>VIO. 18 U.S.C. § 1362,<br>(DESTRUCTION OF CABLE,<br>COMMUNICATION LINES,<br>STATIONS OR SYSTEMS) |

Judge Paul G. Cassell
DECK TYPE: Criminal
DATE STAMP: 01/25/2006 @ 11:17:12
CASE NUMBER: 2:06CR00031 PGC

The Grand Jury charges:

## COUNT I
### (18 U.S.C. § 1362)

On or about November 9, 2004, in the Central Division of the District of Utah,

MICHAEL MCPHERSON

defendant herein, did willfully and maliciously injure and destroy property, material, telephone, cable, line, station and system and other means of communication, and did willfully and maliciously interfere with the working or use of any such line and system, operated and controlled by the United States Bureau of Reclamation, located at Dutch John, Utah and the

Flaming Gorge Dam; all in violation of Title 18, United States Code, Section 1362.

>A TRUE BILL:
>
>/s/
>_____
>FOREPERSON OF THE GRAND JURY

APPROVED:

PAUL M. WARNER
United States Attorney

*[signature]*
_____
ROBERT C. LUNNEN
Assistant United States Attorney